IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BARRETT C. FERGUSON,

   Plaintiff,

v.               CIVIL ACTION NO.: CV607-083

KENNETH KELLY, Deputy Sheriff, and
ROBERT L. PERSSE, Office of Public
Defender,

   Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Robert L. Persse are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this _____ day of _____, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)